IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOYCE SNYDER**                                                                       **PLAINTIFF**

**CIVIL ACTION NO.: 1:19-cv-00034-SA-DAS**

**L-3 COMMUNICATIONS VERTEX,
AEROSPACE, LLC**                                           **DEFENDANT**

FINAL JUDGMENT

For the reasons given in the Order granting Defendant's Motion for Summary Judgment entered in this case (Doc. No. 62), it is hereby ordered that this case be dismissed *with prejudice*.

SO ORDERED this the 6th day of July, 2020.

                                                       /s/ Sharion Aycock
                                                       CHIEF UNITED STATES DISTRICT JUDGE